Jonathan Gardner (admitted *pro hac vice*)
Alfred L. Fatale III (admitted *pro hac vice*)
Joseph N. Cotilletta (admitted *pro hac vice*)
Marco A. Dueñas (admitted *pro hac vice*)
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: jgardner@labaton.com
       afatale@labaton.com
       jcotilletta@labaton.com
       mduenas@labaton.com

*Lead Counsel for Lead Plaintiff Boston Retirement System*

[*Additional Counsel on Signature Page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BOSTON RETIREMENT SYSTEM, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No. 3:19-cv-06361-RS<br><br>**STIPULATION AND CONSOLIDATION ORDER** |
| DAVID MESSINGER, GERALD ASHFORD, IRVING S. AND JUDITH BRAUN, ELLIE MARIE TORONTO ESA, VARGHESE PALLATHU, JOSEPH CIANCI, and JOHNNY RAMEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No. 3:20-cv-08610-RS |

      Pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 16(d), Civil Local Rule ("Civil L.R.") 23-1(b), and Manual for Complex Litigation, Fourth §§ 11.12, 11.21 and 31 (2004), the parties stipulate, and the Court hereby orders, as follows:

      WHEREAS, on October 4, 2019, Benjamin Stirratt filed a complaint alleging violations of the federal securities laws against Uber Technologies, Inc. ("Uber"), certain of its current and former directors and officers, and the investment banks that served as underwriters for Uber's initial public offering;

      WHEREAS, pursuant to a January 3, 2020 Court order, the Court appointed Boston Retirement System as Lead Plaintiff and Labaton Sucharow LLP as Lead Counsel for the case, now captioned *Boston Retirement System v. Uber Technologies, Inc.*, No. 3:19-cv-06361-RS ("*Boston Retirement System* Action");

      WHEREAS, pursuant to an August 7, 2020 Court order, the Court denied Defendants' motion to dismiss the operative complaint in the *Boston Retirement System* Action;

      WHEREAS, pursuant to a November 30, 2020 Court order, Levi & Korsinsky, LLP was appointed Liaison Counsel for Lead Plaintiff in the *Boston Retirement System* Action;

      WHEREAS, on December 5, 2020, plaintiffs David Messinger, Gerald Ashford, Irving S. and Judith Braun, Ellie Marie Toronto ESA, Varghese Pallathu, Joseph Cianci, and Johnny Ramey filed a complaint alleging violations of the federal securities laws against the same defendants, in the action captioned *Messinger et al v. Uber Technologies, Inc.*, No. 3:20-cv-08610-WHA ("*Messinger* Action"), which action has since been deemed related to the *Boston Retirement System* Action and assigned to this Court; and

      WHEREAS, the parties believe the *Boston Retirement* and *Messinger* Actions should be consolidated because: (1) they are both purported class actions asserting the same causes of action under §§11, 12(a)(2) and 15 of the Securities Act of 1933, against the same Defendants, and arising from the same circumstances; and (2) it would be unduly burdensome, involve unwarranted duplication of effort and expense, and give rise to the prospect of inconsistent or conflicting results if the Actions were heard by different Judges.

IT IS ORDERED, in accord with the Parties' stipulation and agreement as reflected herein, that these matters are related cases within the meaning of Civil L.R. 3-12. Pursuant to Fed. R. Civ. P. 42(a), the *Messinger* Action (No. 3:20-cv-08610-RS) is consolidated into the *Boston Retirement System* Action (No. 3:19-cv-06361-RS) for all purposes before this Court.

IT IS FURTHER ORDERED that Boston Retirement System shall continue as the Lead Plaintiff in the consolidated action.

IT IS FURTHER ORDERED that Labaton Sucharow LLP shall continue to serve as the Lead Counsel. Lead Counsel shall have the discretion to coordinate activities and dissemination of work to counsel of record in the *Messinger* Action for the benefit of the Class and in keeping with its obligations and continuing role as Lead Counsel.

IT IS FURTHER ORDERED that Defendants are not required to respond to the complaint in the *Messinger* Action because the operative complaint for purposes of this consolidation shall be the amended complaint filed in the *Boston Retirement System* Action (Docket No. 80), while reserving all rights and defenses that Defendants may have with respect to the *Messinger* Action.

DATED: January 21, 2021

| | |
|---|---|
| **SCOTT+SCOTT ATTORNEYS AT LAW LLP**  */s/ John T. Jasnoch*  JOHN T. JASNOCH (CA 281605)  600 W. Broadway, Suite 3300  San Diego, CA 92101  Telephone: 619/233-4565  619/233-0508 (fax)  jjasnoch@scott-scott.com  *Attorneys for Plaintiff David Messinger* | **LABATON SUCHAROW LLP**  */s/ Alfred. L. Fatale III*  JONATHAN GARDNER  ALFRED L. FATALE III  JOSEPH N. COTILLETTA  MARCO A. DUEÑAS  140 Broadway  New York, New York 10005  Telephone: 212/554-1400  212/544-1444  jgardner@labaton.com  afatale@labaton.com  jcotilletta@labaton.com  mduenas@labaton.com  *Lead Counsel for Lead Plaintiff Boston Retirement System* |
| **SHEARMAN & STERLING LLP**  */s/ Daniel H.R. Laguardia*  Patrick D. Robbins  Daniel H.R. Laguardia | **WILLKIE FARR & GALLAGHER LLP**  */s/ Todd G. Cosenza*  Todd G. Cosenza |

| | |
|---|---|
| Emily V. Griffen<br>George B. Adams, III<br>535 Mission Street<br>San Francisco, CA 94105<br>probbins@shearman.com<br>daniel.laguardia@shearman.com<br>egriffen@shearman.com<br>george.adams@shearman.com<br><br>*Attorneys for Defendants Uber Technologies, Inc., Dara Khosrowshahi, Nelson Chai, Glen Ceremony, Ronald Sugar, Ursula Burns, Garrett Camp, Matt Cohler, Ryan Graves, Arianna Huffington, Travis Kalanick, Wan Ling Martello, H.E. Yasir Al-Rumayyan, John Thain, and David Trujillo* | 787 Seventh Avenue<br>New York, NY 10019-6099<br>Telephone: (212) 728-8677<br>Facsimile: (212) 728-9677<br>tcosenza@willkie.com<br><br>*Attorneys for Defendants Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Barclays Capital Inc., Citigroup Global Markets Inc., Allen & Company LLC, RBC Capital Markets, LLC, SunTrust Robinson Humphrey, Inc. (f/k/a Truist Securities, Inc.), Deutsche Bank Securities Inc., HSBC Securities (USA) Inc., SMBC Nikko Securities America, Inc., Mizuho Securities USA LLC, Needham & Company, LLC, Loop Capital Markets LLC, Siebert Cisneros Shank & Co., L.L.C., Academy Securities, Inc., BTIG, LLC, Canaccord Genuity LLC, CastleOak Securities, L.P., Cowen and Company, LLC, Evercore Group L.L.C., JMP Securities LLC, Macquarie Capital (USA) Inc., Mischler Financial Group, Inc., Oppenheimer & Co. Inc., Raymond James & Associates, Inc., William Blair & Company, L.L.C., The Williams Capital Group, L.P., and TPG Capital BD, LLC* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 25, 2021                    _____
                                                                United States District Judge

3

**ECF ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

Executed this 21st day of January, 2021, in New York, New York.

/s/ *Alfred L. Fatale III*
Alfred L. Fatale III